**COPY**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN: _____
Lockup No: _____
Case No: 2010 CRWOC 3886

District of Columbia ss:

Defendant's Name: Kenneth Hall
 (First)  (MI)  (Last)

597481  151066
(PDID)  (CCNO)

Also Known As: _____
 (First)  (Middle)  (Last)

Address: 4300 Weldon Dr., Temple Hills Md

On or about October 17, 2010, within the District of Columbia, Kenneth Hall, while armed with a gun, by force and violence, against resistance or by sudden and stealthy seizure, or by putting in fear, stole and took, or attempted to steal and take, a motor vehicle from the person and from the immediate actual possession of Fredrick Quaye. (Carjacking while Armed, in violation of 22 D.C. Code, Section 2803, 4502 (2001 ed.)

Co-Defendants:

Subscribed and sworn to before me this __12__ day of November, 2010

_____
Affiant's Name

_____
(Judge) (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for __Kenneth Hall__

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __Nov. 12, 2010__    R. W_____
Judge - Superior Court of the District of Columbia

Rule 105: ☐

| Sex: Male | DOB: 06/16/1991 | CCN: 151066 | Judge |
|---|---|---|---|
| Papering Officer: J.V. Francis/7d | | | PDID: 597481 |
| | | | Badge No.: D1115 |

Officer's Name: **OFFICER MUST EXECUTE RETURN**

AUSA Signature: Jonathan Skrosky DUSM

Date / Time: 03/01/2013

Fel. I ☐   AFTC ☐   Fel. II ☐

T100361175

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| DEFENDANT'S NAME: Kenneth Hall | NICKNAME: Kenny | ALIASES: | USW NO.: 2010CFW003886 | |
|---|---|---|---|---|
| | | | CCN: 10-151066 | PDID: 597481 |

| SEX: M | RACE: BLK | DOB: 06-16-91 | HGT: 5'10" | WGT: 160 | EYES: bro | HAIR: blk | COMPL: Med | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 4300 WELDON DRIVE TEMPLE HILL MD | TELEPHONE NUMBER: UNKNOWN |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: NONE | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: Fredrick Quaye | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: rear of 800 Southern Avenue Southeast, Washington, D.C. | DATE OF OFFENSE: 10-17-10 | TIME OF OFFENSE: 2210 |
|---|---|---|

**CAUTION**
- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On October 17, 2010 at approximately 9:10 PM, complainant reports that he received a phone call from female friend to come to the rear of 800 Southern Avenue Southeast and pick her up. Upon his arrival, the female came out and they were sitting in his Gray Chevrolet Trail Blazer talking. Complainant observed several black males walking in the area. Complainant and his female friend continued talking at which time S-1 (Kenneth Hall) walked up to the driver's side front door and opened the door. S-1 pulled out a handgun, pointed it at the complainant and stated GET THE FUCK OUT OF THE CAR, GET OUT, DON'T LOOK AT ME, WHAT DO YOU HAVE IN YOUR POCKETS, GIVE IT UP AND DON'T MOVE. Complainant got out of his truck and gave S-1 his silver chain, black express jacket; wallet containing personal identification and military ID along with approximately $300 in US currency and a Bank America credit card. S-1 entered the driver's side of the vehicle and he, along with several other suspects, drove away in the vehicle.

Your affiant developed Kenny Hall as one of the suspects in the robbery and carjacking. On November 2, 2010, your affiant prepared a nine photograph array containing the photograph of the suspect KENNETH HALL. Complainant viewed the spread and pointed to the picture in position number 4 as the person that was armed with the gun and robbed and carjacked him on October 17, 2010.

The photograph in position number 4 is KENNETH HALL, B/M, DOB of June 16, 1991, PDID 597481. Based on the above mentioned facts and circumstances your affiant respectfully request that a Superior Court Arrest Warrant be issued for defendant KENNETH HALL, charging him with Armed Carjacking.

**PLEASE ISSUE A WARRANT FOR:**

AFFIANT'S SIGNATURE
James Francis Jr Badge DI-115

**CHARGED WITH:** ARMED CARJACKING

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12th DAY OF Nov, 2010

(JUDGE/CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA